## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| VIRIDOS, INC.,[1] | Case No. 25-10697 (CTG) |
| Debtor. |  |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Dated: May 12, 2025
     Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Morgan L. Patterson*
Matthew P. Ward (DE Bar No. 4471)
Morgan L. Patterson (DE Bar No. 5388)
Marcy J.  McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
Email:  matthew.ward@wbd-us.com
Email:  morgan.patterson@wbd-us.com
Email:  marcy.smith@wbd-us.com

*Counsel to the Debtor*

---

[1] The Debtor in this Chapter 11 Case and the last four digits of its U.S. taxpayer identification number is: Viridos, Inc. (3940).  The Debtor's corporate headquarters is located at: 11149 N. Torrey Pines Road, La Jolla, CA 92037.

**These Global Notes regarding the Debtor's Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") comprise an integral part of the Schedules and SOFA and should be referred to and considered in connection with any review of the Schedules and SOFA.**

1.      The Schedules and SOFA filed herewith by Viridos, Inc., a Delaware corporation, (the "Debtor") were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Except with respect to cash balances in the checking, savings, money market or financial brokerage accounts reflected in A/B Part 1 and accounts payable reflected on Schedule F of these Schedules, which is as of the close of business on April 14, 2025, or where otherwise noted, (a) the information provided herein is as of the close of business on March 31, 2025, and (b) values of assets provided represent estimated values as of such date.  Except as otherwise noted, events occurring after March 31, 2025 are not represented in the Schedules and SOFA.  Historically, the Debtor has utilized accrual accounting and a calendar year reporting schedule.

2.      While the Debtor has made every reasonable effort to ensure that the Schedules and SOFA are accurate and complete, based upon information that was available to it at the time of preparation, inadvertent errors, or omissions may exist and the subsequent receipt of information, or further review and analysis of the Debtor's books and records may result in changes to financial data and other information contained in the Schedules and SOFA. Moreover, because the Schedules and SOFA contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFA are complete or accurate.

3.      In reviewing and signing the Schedules and SOFA, the duly authorized and designated representatives of the Debtor (the "Authorized Officers") have necessarily relied upon the efforts, statements, and representations of other personnel and professionals of the Debtor.  The Authorized Officers have not (and could not have) personally verified the accuracy of each such statement and representation, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4.      The Debtor reserves its rights to amend its Schedules and SOFA as may be necessary or appropriate in the Debtor's sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." These Global Notes will apply to all such amendments.  Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights with respect to this chapter 11 case and specifically with respect to any issues involving substantive consolidation, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

5.      Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors for, among other things, goods, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor or setoffs applied by such creditors against amounts due by such creditors to the Debtor with respect to other transactions between them. The Debtor reserves all of its rights with respect to any such credits and allowances.

6.      The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

7.      The Bankruptcy Court has authorized the Debtor to pay, in its discretion, certain outstanding claims on a post-petition basis. Accordingly, prepetition liabilities related to ordinary course wages and compensation and certain insurance obligations that have been paid post-petition have been excluded from the Schedules.

8.      Certain information, such as the contact information of creditors and counter-parties, may not be included where such information could not be obtained using the Debtor's reasonable efforts.

9.      At times, the preparation of the Schedules and the SOFA required the Debtor to make estimates and assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, or other items. Actual results could differ from those estimates. Pursuant to Bankruptcy Rule 1009, the Debtor may amend its Schedules as it deems necessary and appropriate to reflect material changes, if any, that arise during the pendency of its chapter 11 case. In addition, the Debtor reserves the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

10.     Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

11.     For the purposes of the Schedules, the Debtor has only scheduled claims and executory contracts for which the Debtor may be contractually, or directly, liable. No claims have been scheduled for which the Debtor may have benefited directly or indirectly from a contractual relationship to which the Debtor was not a named party.

3

12.     The Debtor and its officers, employees, attorneys, professionals, consultants, and agents (including, but not limited to, the Authorized Officers), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtor and its officers, employees, attorneys, professionals, consultants, and agents (including, but not limited to, the Authorized Officers) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its officers, employees, attorneys, professionals, consultants, or agents (including, but not limited to, the Authorized Officers) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

13.     In the event that the Schedules and SOFA differ from the foregoing Global Notes, the Global Notes shall control.

***END OF GLOBAL NOTES***

| Fill in this information to identify the case: |
|---|

Debtor name    **Viridos, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    25-10697 (CTG)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $ _____ 212,762,653.85

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $ _____ 212,762,653.85

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 2,401,643.83

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ 1,176,193.33

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b    $ _____ 3,577,837.16

**Fill in this information to identify the case:**

Debtor name  **Viridos, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  25-10697 (CTG)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank of America (BoA)** | **Checking** | 3707 | $348,542.46 |
| 3.2. | **Bank of America (BoA)** | **Checking** | 3726 | $0.00 |
| 3.3. | **Bank of America (BoA)** | **Checking** | 3745 | $0.00 |
| 3.4. | **Bank of America (BoA)** | **MMA** | 6857 | $2,489.10 |
| 3.5. | **Bank of America (BoA)** | **Collateral** | 8520 | $251,486.53 |
| 3.6. | **BOFA Securities, Inc.** | **MMA** | 1T00 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| Debtor | Viridos, Inc. | Case number *(if known)* | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 4.1. | **Merrill (BoA Company) - ML Bank Deposit Program** | **$0.00** |
| 4.2. | **Merrill (BoA Company) - Investment/Shares of Armata** | **$0.00** |

| 5. | **Total of Part 1.** | | **$602,518.09** |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | **HealthPeak Properties, Inc.: Security Deposit** | **$12,500.00** |
| 7.2. | **HCP Life Science REIT, Inc. (HCP): Security Deposit** | **$839,600.04** |

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
|---|---|---|
| 8.1. | **San Diego County Treasurer Tax Collector - 7/1/24-6/30/25 property tax** | **$16,046.48** |
| 8.2. | **Imperial County Treasurer - Tax Collector - Property Tax 07.01.24-06.30.25 - 2nd installment** | **$11,147.77** |
| 8.3. | **State Water Resources Control Board - State Board annual filing fees** | **$2,219.53** |
| 8.4. | **Computer Packages, Inc. - Comp. Pack. - 04.01.25 - 6.31.25** | **$9,232.00** |
| 8.5. | **Agilent Technologies, Inc. - Agilent Novocyte 2024 service contract** | **$4,275.38** |
| 8.6. | **CDW Direct, LLC - 2024-2025 Wasabi renewal** | **$8,390.20** |
| 8.7. | **SimplexGrinnell LP - Annual Sprinkler Inspection Tests** | **$4,802.86** |

| Debtor | **Viridos, Inc.** | Case number *(If known)* | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 8.8. | **Analytical Technologies Group - GeneVac** | $8,246.25 |
| 8.9. | **FIALab Instruments, Inc. - FIA Silver Service Plan** | $7,427.78 |
| 8.10. | **GraphPad Software LLC - Geneious Prime Team Corp Annual Sub** | $15,187.50 |
| 8.11. | **Beckman Coulter, Inc. - MoFlo Astrios Service Contract** | $13,377.65 |
| 8.12. | **Shimadzu Scientific Instruments, Inc. - Shimadzu TOC Service Contract Renewal** | $3,392.99 |
| 8.13. | **GERSTEL - Gerstel Service Contract** | $4,345.51 |
| 8.14. | **Getinge USA Sales, LLC - IC Getinge Plus Annual Service Contract** | $6,254.42 |
| 8.15. | **BIOCOM - Biocom Renewal membership 08.01.24-07.31.25** | $3,416.69 |
| 8.16. | **Computer Packages, Inc. - Annual System Maintenance Renewal** | $7,038.76 |
| 8.17. | **Metafile Information System, Inc. - Metaviewer - AP Automation - 3.01.25-5.31.25** | $5,049.57 |
| 8.18. | **DyntTek Services, Inc. - Crowdstrike Software Renewal** | $9,836.45 |
| 8.19. | **EVOTEK, INC. - 1 Year Door and Camera License** | $2,979.19 |
| 8.20. | **RSM US LLP - GP 2024/25 Renewal** | $3,717.95 |
| 8.21. | **EVOTEK, INC. - 1 Year Door and Camera License** | $7,303.96 |

| Debtor | **Viridos, Inc.** | Case number *(If known)* | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 8.22. | **Box, Inc. - Enterprise+Service Period - 10/30/24-10/29/25** | $34,016.23 |
| 8.23. | **EVOTEK, INC. - 1 Year Door and Camera License** | $9,676.80 |
| 8.24. | **Posit Software, PBC - Rstudio - Renewal - 2025** | $18,400.00 |
| 8.25. | **Mimecast North America Inc. - Mimecast - base and Compliance Security** | $8,965.61 |
| 8.26. | **Resonanz Group GmbH - QuickTrials 2025 Renewal** | $12,150.00 |
| 8.27. | **EVOTEK, INC. - PAN FW License Renewal 2025** | $36,037.36 |
| 8.28. | **Salesforce.com, Inc. - Tableau Renewal - 2025** | $13,905.00 |
| 8.29. | **Lockton Insurance Brokers, LLC - 23-29 D&O/EPL/FID Premium (6 Yr Plan)** | $133,666.72 |
| 8.30. | **Lockton Insurance Brokers, LLC - 23-29 DIC Runoff Premium (6yr Plan)** | $24,805.50 |
| 8.31. | **Lockton Insurance Brokers, LLC - 21-24 Pollution/Environmental Liability Premium** | $7,745.38 |
| 8.32. | **Lockton Insurance Brokers, LLC - 25-26 Cyber Network** | $5,529.24 |
| 8.33. | **Lockton Insurance Brokers, LLC - 25-26 Package** | $38,442.43 |

| | | | |
|---|---|---|---|
| 9. | **Total of Part 2.** | | $1,349,129.20 |
| | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

Debtor    **Viridos, Inc.**
　　　　　Name

Case number *(If known)*    25-10697 (CTG)

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:　　　　　**0.00**　-　　　　　**0.00**　= ....　　　　　**$0.00**
　　　　　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

11b. Over 90 days old:　　　　　**0.00**　-　　　　　**0.00**　= ....　　　　　**$0.00**
　　　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

12.    **Total of Part 3.**　　　　　　　　　　　　　　　　　　　　　　　　　　**$0.00**
　　　　Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:　　　　% of ownership | | |
| 15.1. | **Smallfood, Inc.**　　**19.9** % | Recent cost | Unknown |
| 15.2. | **Synthetic Genomics Vaccines, Inc.**　　**100** % | Recent cost | Unknown |
| 15.3. | **Green Resources, LLC**　　**100** % | Recent cost | Unknown |
| 15.4. | **Viridos Australia Pty Ltd.**　　**100** % | Recent cost | Unknown |
| 15.5. | **ACGT (100% owned by Green Resources, LLC)**　　**100** % | Recent cost | Unknown |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
　　　　Describe:

17.    **Total of Part 4.**　　　　　　　　　　　　　　　　　　　　　　　　　**$0.00**
　　　　Add lines 14 through 16. Copy the total to line 83.

| Debtor | Viridos, Inc. | Case number *(If known)* | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Furniture & Fixtures | $16,333.50 | Recent cost | $16,333.50 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Computer Equipment-SGI | $153,536.59 | Recent cost | $153,536.59 |
| | Office Equipment-SGI | $90,671.13 | Recent cost | $90,671.13 |
| | Personal Computer-SGI | $0.00 | Recent cost | $0.00 |
| | Lan Equipment-SGI | $0.00 | Recent cost | $0.00 |
| | Telephone/Security | $0.00 | Recent cost | $0.00 |
| | Computer Software-SGI | $8,240.95 | Recent cost | $8,240.95 |

| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|

| 43. | Total of Part 7.<br>Add lines 39 through 42.  Copy the total to line 86. | $268,782.17 |
|---|---|---|

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ■ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

| Debtor | **Viridos, Inc.** | Case number *(If known)* | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes

<table>
<tr><td>**Part 8:**</td><td colspan="3">**Machinery, equipment, and vehicles**</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2019 KAWASAKI KAF620SKF<br>(JK1AFCS1XKB513574)** | $12,569.45 | Recent cost | $0.00 |
| 47.2. **2019 KAWASAKI KAF620RKF<br>(JK1AFCR11KB535453)** | $12,569.45 | Recent cost | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Lab Equipment-SGI | $26,250.73 | Recent cost | $26,250.73 |
| EMRE Lab Equipment-SGI | $459,538.69 | Recent cost | $459,538.69 |
| 250 W. Schrimpf Rd., Calipatria, CA | $425,674.66 | Recent cost | $425,674.66 |
| Building and Improvements-SGI | $58,435.64 | Recent cost | $58,435.64 |
| Site Improvements-SGI | $201,292.67 | Recent cost | $201,292.67 |
| Structural-SGI | $0.00 | Recent cost | $0.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $1,171,192.39 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

<table>
<tr><td>**Part 9:**</td><td>**Real property**</td></tr>
</table>

Debtor  **Viridos, Inc.**
Name

Case number *(If known)*  25-10697 (CTG)

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **11149 N. Torrey Pines Road, La Jolla, CA 92037** | **Leased Premises** | **$0.00** | **Recent cost** | **$0.00** |
| 55.2. **11095 N. Torrey Pines Road, San Diego, CA 92121** | **Leased Premises** | **$0.00** | **Recent cost** | **$0.00** |
| 55.3. **250 W. Schrimpf Road, Calipatria, CA 92233** | **Equitable interest** | **Unknown** | **Recent cost** | **Unknown** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |

Debtor    **Viridos, Inc.**
Name

Case number *(If known)*    25-10697 (CTG)

**syntheticgenomics.com**
**syntheticgenomics.net**
**syntheticgenomics.org**
**syntheticgenomicssolutions.com**
**syntheticgenomicssolutions.net**
**syntheticgenomicssolutions.org**
**syntheticgenomicstools.com**
**syntheticgenomicstools.net**
**syntheticgenomicstools.org**
**synthgeno.com**
**synthgeno.net**
**synthgeno.org**
**viridos.au**
**archetype.bio**
**dspace.bio**
**sgi.bio**
**sgibio.com**
**sgibio.info**
**sgibio.net**
**sgibio.org**
**synthgeno.global**
**viridos.co.uk**
**viridos.com**
**viridos.info**
**viridos.org**
**viridos.us**
**sgipond.com**
**viri-us.com**
**viri-us.net**
**viridos.net**

| | | | |
|---|---|---|---|
| **viridos.ninja** | $0.00 | Recent cost | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| **Smallfood, Inc. Potential Future Royalty** | Unknown | Recent cost | Unknown |
| **Industrial sewer permit** | $1,302.00 | Recent cost | Unknown |
| **Annual permit for Evaporation pond** | $8,878.00 | Recent cost | Unknown |
| **Industrial sewer permit** | $1,952.00 | Recent cost | Unknown |
| **Backflow preventer permit** | $288.25 | Recent cost | Unknown |
| **HMBP (unified program facility) permit ("CUPA permit")** | $2,260.00 | Recent cost | Unknown |
| **HMBP (unified program facility) permit** | $827.50 | Recent cost | Unknown |
| **Fire alarm permit(s)** | $40.00 | Recent cost | Unknown |
| **2025 Aquaculture Facility Registration CAAF** | $20.00 | Recent cost | Unknown |

Debtor  **Viridos, Inc.**
_____
Name

Case number *(If known)*  25-10697 (CTG)
_____

| | | | |
|---|---|---|---|
| **EPA permit** | Unknown | **Recent cost** | Unknown |
| **Unified program certificate (hazardous material)** | $1,801.00 | **Recent cost** | Unknown |
| **Pressure vessel permit** | Unknown | **Recent cost** | Unknown |
| **Business Tax Certificate 8/1/24-7/31/25** | $749.00 | **Recent cost** | Unknown |
| **EPA TSCA** | Unknown | **Recent cost** | Unknown |
| **Air pollution control district permit renewal** | $226.50 | **Recent cost** | Unknown |

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

$0.00

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
  ■ No
  ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

Current value of debtor's interest

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| **NOL Carryforward** | Tax year | 2024 | $199,374,365.00 |
| **R&D Credit** | Tax year | 2023 | $9,996,667.00 |

Debtor    **Viridos, Inc.**
Name
Case number *(If known)*    25-10697 (CTG)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.

        **$209,371,032.00**

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

Debtor **Viridos, Inc.**
_____
Name

Case number _(If known)_ 25-10697 (CTG)
_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $602,518.09 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $1,349,129.20 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $268,782.17 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $1,171,192.39 | |
| 88. **Real property.** _Copy line 56, Part 9_.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $209,371,032.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $212,762,653.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $212,762,653.85 |

**Viridos, Inc. (25-10697)**                                                              **Case No.: 25-10697**

Schedule A/B _ Part 10 #62:   Patents, copyrights, trademarks, and trade secrets

Schedule A/B _ Part 10 # 64:  Other intangibles, or intellectual property

### Patent Registrations/Applications

| Docket # | | Description | Application Serial No. | Application Date | Registration No. | Registration Date |
|---|---|---|---|---|---|---|
| SGI-072.20US<br><br>"fully penetrant method" | US | Compositions and Methods for High Efficiency in vivo Genome Editing | 14/986,492 | 12/31/2015 | 11,339,399 | 5/24/2022 |
| SGI-072.30US<br><br>Cas9 editor | US | Compositions and Methods for High Efficiency in vivo Genome Editing | 17/039,839 | 9/30/2020 | 12,043,836 | 7/23/2024 |
| SGI-072.20 | AU | Compositions and Methods for High Efficiency in vivo Genome Editing | 2015373893 | 12/31/2015 | 2015373893 | 11/11/2021 |
| SGI-072.20 | CA | Compositions and Methods for High Efficiency in vivo Genome Editing | 2972454 | 12/31/2015 | 2,972,454 | 9/10/2024 |
| SGI-072.20 | EP | Compositions and Methods for High Efficiency in vivo Genome Editing | 15876386.2 | 12/31/2015 | Intention to grant 4/1/25 | |
| SGI-072.20 | IL | Compositions and Methods for High Efficiency in vivo Genome Editing | 252970 | 12/31/2015 | 252970 | 10/30/2021 |
| SGI-072.20 | JP | Compositions and Methods for High Efficiency in vivo Genome Editing | 2020-162773 | 12/31/2015 | 7046139 | 3/24/2022 |
| SGI-072.20 | SG | Compositions and Methods for High Efficiency in vivo Genome Editing | 1020190670X | 12/31/2015 | pending | |
| JCVI-091.20US<br><br>diatoms | US | High Efficiency Method for Algal Transformation | 15/048,882 | 2/19/2016 | 10,351,860 | 7/16/2019 |

**Viridos, Inc. (25-10697)**                                                                    Case No.: 25-10697

Schedule A/B _ Part 10 #62:  Patents, copyrights, trademarks, and trade secrets
Schedule A/B _ Part 10 # 64:  Other intangibles, or intellectual property

| Docket # | | Description | Application Serial No. | Application Date | Registration No. | Registration Date |
|---|---|---|---|---|---|---|
| SGI-080.20US Trifunc A/B | US | Microorganisms Having Increase Lipid Production and Compositions and Methods of Making and Using the Same | 16/518,360 | 7/22/2019 | 11,046,979 | 6/29/2021 |
| SGI-080.20 | AU SGI-080 | Microorganisms Having Increase Lipid Production and Compositions and Methods of Making and Using the Same | 2019310022 | 7/22/2019 | | |
| SGI-080.20 | IL | Microorganisms Having Increase Lipid Production and Compositions and Methods of Making and Using the Same | 280282 | 7/22/2019 | | |
| SGI-084.20US ZynCys2845 | US | Microorganisms Having Increased Lipid Productivity | 15/210,845 | 7/14/2016 | 10,227,619 | 3/12/2019 |
| SGI-084.30US | US | Microorganisms Having Increased Lipid Productivity | 16/267,940 | 2/5/2019 | 10,563,232 | 2/18/2020 |
| SGI-087.20 cpSRP54 | US | Algal Chlororplastic SRP54 Mutants | 15/130,866 | 4/15/2016 | 10,544,424 | 1/28/2020 |
| SGI-087.20 | AU | Algal Chlororplastic SRP54 Mutants | 2016249402 | 4/15/2016 | 2016249402 | 12/23/2021 |
| SGI-087.20 | CA | Algal Chlororplastic SRP54 Mutants | 2982848 | 4/15/2016 | Allowed | |
| SGI-087.20 | EP | Algal Chlororplastic SRP54 Mutants | 16780942.5 | 4/15/2016 | 3283090 | 6/7/2023 |
| SGI-119.20US | US | High Productivity Algal Mutants Having Reduced Photosynthetic Antenna | 15/859,094 | 12/29/2017 | 10,968,259 | 7/5/2018 |

**Viridos, Inc. (25-10697)**                                                                    Case No.: 25-10697

Schedule A/B _ Part 10 #62:  Patents, copyrights, trademarks, and trade secrets
Schedule A/B _ Part 10 # 64:  Other intangibles, or intellectual property

| Docket # | | Description | Application Serial No. | Application Date | Registration No. | Registration Date |
|---|---|---|---|---|---|---|
| CheY | | | | | | |
| SGI-119.40US methods | US | High Productivity Algal Mutants Having Reduced Photosynthetic Antenna | 17/178,179 | 2/17/2021 | 11,787,843 | 10/17/2023 |
| SGI-119.41US KO organisms | US | High Productivity Algal Mutants Having Reduced Photosynthetic Antenna | 18/475,792 | 9/27/2023 | pending | |
| SGI-119.20 | AU | High Productivity Algal Mutants Having Reduced Photosynthetic Antenna | 2017388870 | 12/29/2017 | 2017388870 | 4/27/2023 |
| SGI-119.20 | BR | High Productivity Algal Mutants Having Reduced Photosynthetic Antenna | 112019013193-0 | 12/29/2017 | | |
| SGI-119.20 | CA | High Productivity Algal Mutants Having Reduced Photosynthetic Antenna | 3,047,811 | 12/29/2017 | | |
| SGI-119.20 | EP | High Productivity Algal Mutants Having Reduced Photosynthetic Antenna | 17887143 | 12/29/2017 | | |
| SGI-119.20 | IN | High Productivity Algal Mutants Having Reduced Photosynthetic Antenna | 201947028861 | 12/29/2017 | | |
| SGI-119.20 | JP | High Productivity Algal Mutants Having Reduced Photosynthetic Antenna | 2019-535916 | 12/29/2017 | | |
| SGI-119.20 | MX | High Productivity Algal Mutants Having Reduced Photosynthetic Antenna | MX/a/2019/007765 | 12/29/2017 | | |
| SGI-126.20 | AU | Genetic Modulation of Photosynthetic Organisms for Improved Growth | 2018395264 | 12/27/2018 | 2018395264 | 10/5/2023 |

**Viridos, Inc. (25-10697)**                                                    Case No.: 25-10697

Schedule A/B _ Part 10 #62:  Patents, copyrights, trademarks, and trade secrets
Schedule A/B _ Part 10 # 64:  Other intangibles, or intellectual property

| Docket # | | Description | Application Serial No. | Application Date | Registration No. | Registration Date |
|---|---|---|---|---|---|---|
| SGI-126.20 | BR | Genetic Modulation of Photosynthetic Organisms for Improved Growth | BR 112020010329-2 | 12/27/2018 | | |
| SGI-126.20 | CA | Genetic Modulation of Photosynthetic Organisms for Improved Growth | 3084828 | 12/27/2018 | | |
| SGI-126.20 | CN | Genetic Modulation of Photosynthetic Organisms for Improved Growth | 2018800843649 | 12/27/2018 | ZL2018800843649 | 1/3/2025 |
| SGI-126.20 | EP | Genetic Modulation of Photosynthetic Organisms for Improved Growth | 18897385.3 | 12/27/2018 | | |
| SGI-126.20 | IN | Genetic Modulation of Photosynthetic Organisms for Improved Growth | 202047030666 | 12/27/2018 | | |
| SGI-126.20 | JP | Genetic Modulation of Photosynthetic Organisms for Improved Growth | 2020-536187 | 12/27/2018 | 7295846 | 6/13/2023 |
| SGI-126.20 | MX | Genetic Modulation of Photosynthetic Organisms for Improved Growth | MX/a/2020/006904 | | | |
| SGI-134.20US CHG methylation | US | Avoiding Epigenetic Silencing of Exogenous Nucleic Acid in Algae | 16/711,944 | 12/12/2019 | 11,578,311 | 2/14/2023 |
| SGI-134.20 | AU | Avoiding Epigenetic Silencing of Exogenous Nucleic Acid in Algae | 2019395410 | 12/12/2019 | | |
| SGI-134.20 | CN | Avoiding Epigenetic Silencing of Exogenous Nucleic Acid in Algae | 2019800737216 | 12/12/2019 | | |
| SGI-134.20 | EP | Avoiding Epigenetic Silencing of Exogenous Nucleic Acid in Algae | 19895510.6 | 12/12/2019 | | |

**Viridos, Inc. (25-10697)**          **Case No.: 25-10697**

Schedule A/B _ Part 10 #62:  Patents, copyrights, trademarks, and trade secrets

Schedule A/B _ Part 10 # 64:  Other intangibles, or intellectual property

| Docket # | | Description | Application Serial No. | Application Date | Registration No. | Registration Date |
|---|---|---|---|---|---|---|
| SGI-134.20 | IL | Avoiding Epigenetic Silencing of Exogenous Nucleic Acid in Algae | 283876 | 12/12/2019 | 283876 | 6/3/2024 |
| SGI-134.20 | IN | Avoiding Epigenetic Silencing of Exogenous Nucleic Acid in Algae | 202147021439 | 12/12/2019 | | |
| SGI-134.20 | JP | Avoiding Epigenetic Silencing of Exogenous Nucleic Acid in Algae | 2021-533471 | 12/12/2019 | | |
| SGI-134.20 | MX | Avoiding Epigenetic Silencing of Exogenous Nucleic Acid in Algae | MX/a/2021/006937 | 12/12/2019 | | |
| SGI-136.20 Nitrite reductase | US | Inducible Expression of Genes in Algae | 16/719,031 | 12/18/2019 | 11,162,106 | 6/24/2020 |
| SGI-136.20 | AU | Inducible Expression of Genes in Algae | 2019401608 | 6/25/2020 | | |
| SGI-136.20 | CN | Inducible Expression of Genes in Algae | 2019800764849 | 6/25/2020 | | |
| SGI-136.20 | EP | Inducible Expression of Genes in Algae | 19899121.8 | 6/25/2020 | | |
| SGI-136.20 | IL | Inducible Expression of Genes in Algae | 284049 | 6/25/2020 | Accepted 11/14/24 | |
| SGI-136.20 | IN | Inducible Expression of Genes in Algae | 202147027217 | 6/25/2020 | | |
| SGI-136.20 | MX | Inducible Expression of Genes in Algae | MX/a/2021/007193 | 6/25/2020 | | |
| SGI-136.20 | JP | Inducible Expression of Genes in Algae | 2021-535531 | 6/25/2020 | 7507156 | 6/19/2024 |
| SGI-136.20 | JP | Inducible Expression of Genes in Algae | 2024-067178 | 6/25/2020 | | |

**Viridos, Inc. (25-10697)**                                               Case No.: 25-10697

Schedule A/B _ Part 10 #62:   Patents, copyrights, trademarks, and trade secrets

Schedule A/B _ Part 10 # 64:  Other intangibles, or intellectual property

| Docket # | | Description | Application Serial No. | Application Date | Registration No. | Registration Date |
|---|---|---|---|---|---|---|
| SGI-137.20 <br><br> Strain 600 | US | Recombinant Algae Having High Lipid Productivity | 17/124,348 | 12/16/2020 | 11,859,218 | 1/2/2024 |
| SGI-137.40 | US | Recombinant Algae Having High Lipid Productivity | 18/339,556 | 12/28/2023 | | |
| SGI-137.20 | AU | Recombinant Algae Having High Lipid Productivity | 2020408687 | 6/24/2021 | | |
| SGI-137.20 | CA | Recombinant Algae Having High Lipid Productivity | 3,161,930 | 6/24/2021 | | |
| SGI-137.20 | EP | Recombinant Algae Having High Lipid Productivity | 20902766.3 | 6/24/2021 | | |
| SGI-137.20 | IL | Recombinant Algae Having High Lipid Productivity | 293882 | 6/24/2021 | | |
| SGI-137.20 | IN | Recombinant Algae Having High Lipid Productivity | 202247036765 | 6/24/2021 | | |
| SGI-137.20 | MY | Recombinant Algae Having High Lipid Productivity | PI 2022002794 | 6/24/2021 | | |
| SGI-137.20 | MX | Recombinant Algae Having High Lipid Productivity | MX/a/2022/007430 | 6/24/2021 | | |
| SGI-138.20 | US | Method of Transforming Photosynthetic Organisms | 17/307,824 | 5/4/2021 | 12,168,772 | 12/17/2024 |
| SGI-139.20US <br><br> Pico promoters | US | Vectors and Methods of Expression in Picochlorum | 17/167,921 | 2/4/2021 | 11,434,493 | 9/6/2022 |
| SGI-141.20US <br><br> cpSRP43 pico | US | Improving Biomass Productivity in Algae Through Optimizing Their Pigment Content | 17/727,588 | 4/22/2022 | pending | |
| SGI-142.20 | US | Recombinant Algae Having High Lipid Productivity | 17/470,925 | 9/9/2021 | 12,077,747 | 9/3/2024 |

**Viridos, Inc. (25-10697)**                                                          **Case No.: 25-10697**
Schedule A/B _ Part 10 #62:   Patents, copyrights, trademarks, and trade secrets
Schedule A/B _ Part 10 # 64:  Other intangibles, or intellectual property

| Docket # | | Description | Application Serial No. | Application Date | Registration No. | Registration Date |
|---|---|---|---|---|---|---|
| RBD Oocystis | | | | | | |
| SGI-142.20 | BR | Recombinant Algae Having High Lipid Productivity | Br 112023003979-7 | 3/17/2022 | | |
| SGI-142.20 | CA | Recombinant Algae Having High Lipid Productivity | 3,192,136 | 3/17/2022 | | |
| SGI-142.20 | CN | Recombinant Algae Having High Lipid Productivity | 2021800660090 | 3/17/2022 | | |
| SGI-142.20 | EP | Recombinant Algae Having High Lipid Productivity | 21867607.0 | 3/17/2022 | | |
| SGI-142.20 | IL | Recombinant Algae Having High Lipid Productivity | 301125 | 3/17/2022 | | |
| SGI-142.20 | IN | Recombinant Algae Having High Lipid Productivity | 202347022274 | 3/17/2022 | | |
| SGI-142.20 | MX | Recombinant Algae Having High Lipid Productivity | MX/a/2023/002927 | 3/17/2022 | | |
| SGI-143.20 YVTN | US | Recombinant Alga Having High Lipid Productivity | 17/519,383 | 11/4/2021 | 11,976,315 | 5/7/2024 |
| SGI-143.30 | US | Recombinant Alga Having High Lipid Productivity | 18/632,080 | 4/10/2024 | | |
| SGI-143.20 | AU | Recombinant Alga Having High Lipid Productivity | 2021376203 | 11/4/2021 | | |
| SGI-143.20 | BR | Recombinant Alga Having High Lipid Productivity | BR 1120230084474 | 11/4/2021 | | |
| SGI-143.20 | CA | Recombinant Alga Having High Lipid Productivity | 3,1997,572 | 11/4/2021 | | |
| SGI-143.20 | CN | Recombinant Alga Having High Lipid Productivity | 202180074795.9 | 11/4/2021 | | |
| SGI-143.20 | EP | Recombinant Alga Having High Lipid Productivity | 21890079.3 | 11/4/2021 | | |

**Viridos, Inc. (25-10697)**                                                           **Case No.: 25-10697**

Schedule A/B _ Part 10 #62:   Patents, copyrights, trademarks, and trade secrets
Schedule A/B _ Part 10 # 64:  Other intangibles, or intellectual property

| Docket # | | Description | Application Serial No. | Application Date | Registration No. | Registration Date |
|---|---|---|---|---|---|---|
| SGI-143.20 | IL | Recombinant Alga Having High Lipid Productivity | 302664 | 11/4/2021 | | |
| SGI-143.20 | IN | Recombinant Alga Having High Lipid Productivity | 202317036867 | 11/4/2021 | | |
| SGI-143.20 | MX | Recombinant Alga Having High Lipid Productivity | MX/a/2023/005324 | 11/4/2021 | | |
| VIR-145.20 Protein kinase like domains | US | Recombinant Algae Having High Biomass and Lipid Productivity | 18/386,502 | 11/2/2023 | | |
| VIR-145.20 | PCT | Recombinant Algae Having High Biomass and Lipid Productivity | PCT/US2023/036697 | 11/2/2023 | | |
| VIR-149.20 | PCT | Methods to Improve Chloroplast Genome Transgenic Organisms | PCT/US2024/040732 | 8/2/2024 | | |
| VIR-149.20 | US | Methods to Improve Chloroplast Genome Transgenic Organisms | 18/793,396 | 8/2/2024 | | |
| VIR-150.10PV CRY1 | PV | Cryptochrome/photolyase FAD-binding Domain (CRY1) Algal Mutants With High Lipid Productivity | 63/539,076 | 9/18/2023 | | |
| VIR-151.10PV BiNu | PV | Methods for Increasing Lipid Productivity in Algae | 63/674,152 | 7/22/2024 | | |

**Fill in this information to identify the case:**

Debtor name **Viridos, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **25-10697 (CTG)**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1** | **Breakthrough Energy Ventures II, L.P.**
Creditor's Name

**c/o Greenberg Traurig, LLP
One Vanderbilt Ave
New York, NY 10017**
Creditor's mailing address

**All interest in Debtor's property**
Creditor's email address, if known

Date debt was incurred
**7/23/2024**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All interest in Debtor's property**

Describe the lien
**Prepetition Secured Loan**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,151,643.83**
Value of collateral: **Unknown**

---

**2.2** | **Breakthrough Energy Ventures II, L.P.**
Creditor's Name

**c/o Greenberg Traurig, LLP
One Vanderbilt Ave
New York, NY 10017**
Creditor's mailing address

**jeffrey.wolf@gtlaw.com**
Creditor's email address, if known

Date debt was incurred
**4/8/2025**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**All interest in Debtor's property**

Describe the lien
**Prepetition Bridge Loan**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$250,000.00**
Value of collateral: **Unknown**

| Debtor | **Viridos, Inc.** | Case number (if known) | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $2,401,643.83

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**Viridos, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __25-10697 (CTG)__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | **Unknown** | **Unknown** |

**2.1** | Priority creditor's name and mailing address
**Internal Revenue Service**
**Department of Treasury**
**Cincinnati, OH 45999-0038**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☐ No
■ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Advanced Chemical Transport, Inc.**
**PO Box 8459**
**Pasadena, CA 91109-8459**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,849.52**

**3.2** | Nonpriority creditor's name and mailing address
**Agilent Technologies, Inc.**
**PO Box 742108**
**Los Angeles, CA 90074-2108**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$55,923.77**

| Debtor | **Viridos, Inc.** | Case number (if known) | **25-10697 (CTG)** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,054.42**

**Airgas West USA LLC**
**PO Box 102289**
**Pasadena, CA 91189-2289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,760.05**

**Alpha Teknova Inc.**
**2451 Bert Drive**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,395.99**

**Amazon Capital Services, Inc.**
**PO Box 035184**
**Seattle, WA 98124-5184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,705.32**

**Amazon Web Services, Inc.**
**440 Terry Aveneue**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,214.14**

**AT&T**
**PO Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,566.89**

**Azenta US, Inc.**
**2910 Fortune Circle West**
**Suite E**
**Indianapolis, IN 46241-5502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,836.88**

**Beckman Coulter, Inc.**
**Dept. CH 10164**
**Palatine, IL 60055-0164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Viridos, Inc.** | Case number (if known) | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,419.40 |
|---|---|---|---|

**BIO-RAD Laboratories**
P.O. Box 849740
Los Angeles, CA 90084-9740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $716.66 |
|---|---|---|---|

**BrightView Landscapes**
980 Jolly Rd.
Ste. 300
Blue Bell, PA 19422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,471.58 |
|---|---|---|---|

**CDW Direct, LLC**
200 N. Milwaukee Ave
Vernon Hills, IL 60061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,529.00 |
|---|---|---|---|

**Certified Records Management LLC**
7880 Crossway Drive
Pico Rivera, CA 90660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.72 |
|---|---|---|---|

**Cintas Corporation No. 2**
P.O. Box 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.34 |
|---|---|---|---|

**Cintas Fire Protection**
PO Box 636525
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,952.00 |
|---|---|---|---|

**City Treasurer - City of San Diego**
PO Box 129030
San Diego, CA 92112-9030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Taxes_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Viridos, Inc.** | | Case number (if known) | **25-10697 (CTG)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.17**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$328.00** |
|---|---|---|
| **Cole-Parmer Instrument Company** | ☐ Contingent | |
| **13927 Collections Center Drive** | ☐ Unliquidated | |
| **Chicago, IL 60693** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.18**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,681.00** |
|---|---|---|
| **Computer Packages Inc.** | ☐ Contingent | |
| **11 N. Washington St.** | ☐ Unliquidated | |
| **Suite 300** | ☐ Disputed | |
| **Rockville, MD 20850** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.19**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,419.84** |
|---|---|---|
| **Core Informatics, LLC** | ☐ Contingent | |
| **36 E Industrial Road** | ☐ Unliquidated | |
| **Second Floor** | ☐ Disputed | |
| **Branford, CT 06405** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.20**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175.80** |
|---|---|---|
| **Corporation Service Company** | ☐ Contingent | |
| **P.O. Box 7410023** | ☐ Unliquidated | |
| **Chicago, IL 60674-5023** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,926.00** |
|---|---|---|
| **Deloitte Tax, LLP** | ☐ Contingent | |
| **PO Box 844736** | ☐ Unliquidated | |
| **Dallas, TX 75284** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Services Performed__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,625.31** |
|---|---|---|
| **Digi-Key Corporation** | ☐ Contingent | |
| **701 Brooks Avenue South** | ☐ Unliquidated | |
| **Thief River Falls, MN 56701** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,690.47** |
|---|---|---|
| **DLA Piper US LLP** | ☐ Contingent | |
| **PO Box 780528** | ☐ Unliquidated | |
| **Philadelphia, PA 19178-0528** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Services Performed__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Viridos, Inc. | Case number (if known) | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Donnelley Financial, LLC**
**P.O. Box 830181**
**Philadelphia, PA 19182-0181**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Performed**

Is the claim subject to offset? ☐ No ☐ Yes

**$28,455.01**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**E-Control Systems, Inc.**
**15301 Ventura Blvd.**
**STE D 320**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$198.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**eFax Corporate**
**c/o j2 Cloud Services Inc.**
**PO Box 51873**
**Los Angeles, CA 90051-6173**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$261.36**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Enterprise Holdings Inc**
**PO Box 402383**
**Atlanta, GA 30384-2383**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$91.09**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**EVOTEK, INC.**
**462 Stevens Avenue**
**Suite 308**
**Solana Beach, CA 92075**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$53,211.38**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**FedEx**
**PO Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$262.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**FedEx Freight**
**Dept LA PO Box 21415**
**Pasadena, CA 91185-1415**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,354.66**

---

| Debtor | Viridos, Inc. | Case number (if known) | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.90 |
|---|---|---|---|

**FIALab Instruments, Inc.**
**4259 23rd Ave W**
**Seattle, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,411.96 |
|---|---|---|---|

**Fisher Scientific Company, LLC**
**Acct#004893-001**
**File #50129**
**Los Angeles, CA 90074-0129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,922.10 |
|---|---|---|---|

**Florida Scientific dba 2mag-USA**
**PO Box 214769**
**Daytona Beach, FL 32121-4769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,794.00 |
|---|---|---|---|

**GERSTEL**
**701 Digital Drive, Suite J**
**Linthicum Heights, MD 21090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,505.30 |
|---|---|---|---|

**Getinge USA Sales, LLC**
**PNC BANK**
**LOCKBOX #775436**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,246.00 |
|---|---|---|---|

**Gunderson Dettmer, LLP**
**550 Allerton Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Services Performed__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.96 |
|---|---|---|---|

**Hach Company**
**2207 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Viridos, Inc. | | Case number (if known) | 25-10697 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Hanna Instruments United States, Inc.**
**584 Park East Drive**
**Woonsocket, RI 02895**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$33.86

---

**3.39**

**Nonpriority creditor's name and mailing address**
**HCP Life Science REIT, Inc.**
**Bank of America**
**PO Box 51091**
**Los Angeles, CA 90074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

$413,058.42

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Health Peak Properties, Inc.**
**1920 Main Street**
**Suite 1200**
**Irvine, CA 92614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

$41,691.21

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Ickler Electric Corporation**
**13250 Kirkham Way**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$866.26

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Imperial Irrigation District**
**PO Box 937**
**333 East Barioni Blvd**
**Imperial, CA 92251-0937**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$5,007.64

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Integrated DNA Technologies, Inc.**
**1710 Commercial Park**
**Coralville, IA 52241**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$20,228.37

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Jackson and Blanc**
**7929 Arjons Drive**
**San Diego, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$3,915.34

---

| Debtor | **Viridos, Inc.** | | Case number (if known) | **25-10697 (CTG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,181.16 |
|---|---|---|---|

**KnowBe4, Inc.**
**PO Box 734977**
**Dallas, TX 75373-4977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,985.74 |
|---|---|---|---|

**Konica Minolta Business Solutions USA In**
**PO Box 100706**
**Pasadena, CA 91189-0706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.98 |
|---|---|---|---|

**L-Com, Inc.**
**Dept LA 24787**
**Pasadena, CA 91185-4787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,607.00 |
|---|---|---|---|

**Life Insurance Company of North America**
**P.O. Box 782447**
**Philadelphia, PA 19178-2447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $476.00 |
|---|---|---|---|

**Lloyd Pest Control**
**1331 Morena Blvd., Ste 300**
**San Diego, CA 92110-1598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,492.10 |
|---|---|---|---|

**Managed Solution, LLC**
**2150 W. Washington Street**
**Suite 402**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138.78 |
|---|---|---|---|

**Marshall's Industrial Hardware**
**8423 Production Ave.**
**San Diego, CA 92121-2022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Viridos, Inc.** | Case number (if known) | **25-10697 (CTG)** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.75** |
|---|---|---|---|

**McMaster-Carr**
PO Box 7690
Chicago, IL 60680-7690

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272.27** |
|---|---|---|---|

**Mouser Electronics**
PO Box 99319
Fort Worth, TX 76199-0319

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173.00** |
|---|---|---|---|

**New England Biolabs, Inc.**
PO Box 3933
Boston, MA 02241-3933

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$491.00** |
|---|---|---|---|

**Nu-Chek-Prep, Inc.**
PO Box 295
Elysian, MN 56028

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268.11** |
|---|---|---|---|

**ODP Business Solutions, LLC**
PO Box 29248
Phoenix, AZ 85038-9248

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187.69** |
|---|---|---|---|

**PC Connection Sales Corporation**
PO Box 536472
Pittsburgh, PA 15253-5906

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$344.80** |
|---|---|---|---|

**Pitney Bowes Global Financial Svcs, LLC**
PO Box 981022
Boston, MA 02298-1022

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Viridos, Inc. | Case number (if known) | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,658.22 |
|---|---|---|---|

**Professional Maintenance Systems**
PO Box 80038
San Diego, CA 92138-0038

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,921.50 |
|---|---|---|---|

**Prudential Overall Supply, Inc.**
PO Box 511886
Los Angeles, CA 90051-1824

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,198.34 |
|---|---|---|---|

**Pure Lab Solutions, Inc.**
4901 Morena Blvd.
Suite #118
San Diego, CA 92117

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,369.75 |
|---|---|---|---|

**Qiagen, LLC**
PO Box 5132
Carol Stream, IL 60197-5132

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $715.43 |
|---|---|---|---|

**Rainin Instruments, LLC**
PO Box 100802
Pasadena, CA 91189-0802

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.01 |
|---|---|---|---|

**Ready Refresh**
PO Box 856158
Louisville, KY 40285-6158

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Republic Services #467**
PO Box 60586
City of Industry, CA 91716-0586

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Viridos, Inc. | Case number (if known) | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

---

**3.66**

**Nonpriority creditor's name and mailing address**
**San Diego Gas & Electric**
**PO Box 25111**
**Santa Ana, CA 92799-5111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$19,003.09**

---

**3.67**

**Nonpriority creditor's name and mailing address**
**San Diego Ice Company, Inc.**
**3412 Kurtz Street**
**San Diego, CA 92110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,266.10**

---

**3.68**

**Nonpriority creditor's name and mailing address**
**ScaleMatrix Hosting, Inc.**
**5775 Kearny Villa Road**
**San Diego, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,011.71**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**SecureDocs, Inc.**
**1360 Post Oak**
**Suite 2200**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,240.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Sharpe Refrigeration, Inc.**
**7848 Silverton Ave Suite F**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$819.43**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Sheppard Mullin Richter & Hampton LLP**
**PO Box 840728**
**Los Angeles, CA 90084-0728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Performed**

Is the claim subject to offset? ■ No ☐ Yes

**$17,039.40**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Shimadzu Scientific Instruments, Inc.**
**7102 Riverwood Drive**
**Columbia, MD 21046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,341.79**

---

| Debtor | Viridos, Inc. | Case number (if known) | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address
**Sigma-Aldrich Inc.**
PO Box 734283
Chicago, IL 60673-4283

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$413.12**

---

**3.74** | Nonpriority creditor's name and mailing address
**SmartFlow Technologies, Inc.**
3308 Lee Avenue
Sanford, NC 27332

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$268.26**

---

**3.75** | Nonpriority creditor's name and mailing address
**SomaLogic Operating Co., Inc.**
2945 Wilderness Place
Boulder, CO 80301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$91,254.61**

---

**3.76** | Nonpriority creditor's name and mailing address
**Sparkletts**
PO Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$46.96**

---

**3.77** | Nonpriority creditor's name and mailing address
**Stericycle, Inc.**
28883 Network Place
Chicago, IL 60673

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$188.88**

---

**3.78** | Nonpriority creditor's name and mailing address
**T.S.F. Services Inc.**
118 E. Ross Ave.
Suite C
El Centro, CA 92243-9448

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$392.00**

---

**3.79** | Nonpriority creditor's name and mailing address
**Technical Safety Services, Inc.**
Dept. CH 17717
Palatine, IL 60055-7717

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$500.00**

---

| Debtor | Viridos, Inc. | Case number (if known) | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

---

**3.80**

**Nonpriority creditor's name and mailing address**
**TNG Security, Inc. DBA CA Commercial Sec**
**9560 Ridgehaven Court**
**Suite C**
**San Diego, CA 92123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$341.82**

---

**3.81**

**Nonpriority creditor's name and mailing address**
**Twist Bioscience Corporation**
**P.O. Box 2576**
**Carol Stream, IL 60132-2576**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$2,502.37**

---

**3.82**

**Nonpriority creditor's name and mailing address**
**Uline, Inc.**
**Attn: Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$286.91**

---

**3.83**

**Nonpriority creditor's name and mailing address**
**US Bank Equipment Finance**
**PO Box 790448**
**Saint Louis, MO 63179-0448**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,217.10**

---

**3.84**

**Nonpriority creditor's name and mailing address**
**VWR International LLC**
**PO Box 640169**
**Pittsburgh, PA 15264-0169**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,468.41**

---

**3.85**

**Nonpriority creditor's name and mailing address**
**W.W. Grainger, Inc.**
**Dept. 874628100**
**Palatine, IL 60038-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$74.04**

---

**3.86**

**Nonpriority creditor's name and mailing address**
**Water Works, Inc.**
**5474 Complex Street**
**Suite 502**
**San Diego, CA 92123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$682.26**

---

| Debtor | Viridos, Inc. | Case number (if known) | 25-10697 (CTG) |
|---|---|---|---|
| | Name | | |

**3.87**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,396.50 |
|---|---|---|
| Waters Technology Corporation<br>PO Box 7410591<br>Chicago, IL 60674-0591 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,313.89 |
|---|---|---|
| Westair Gases & Equipment Inc.<br>PO Box 101420<br>Pasadena, CA 91189-1420 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.00 |
|---|---|---|
| WEX Health, Inc.<br>P.O. Box 9528<br>Fargo, ND 58106-9528 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,122.33 |
|---|---|---|
| Williams Scotsman, Inc.<br>P.O. BOX 91975<br>Chicago, IL 60693-1975 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $694.28 |
|---|---|---|
| Zagami, Inc. DBA Clairemont Equipment<br>7651 Ronson Road<br>San Diego, CA 92111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.52 |
|---|---|---|
| Zendejas Hardware Inc.<br>P.O. Box 1080<br>Calipatria, CA 92233 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

Debtor   **Viridos, Inc.**
_____
Name

Case number (if known)    25-10697 (CTG)
_____

**5a. Total claims from Part 1**          5a.    $                          **0.00**

**5b. Total claims from Part 2**          5b.  +  $                **1,176,193.33**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.                       5c.    $              **1,176,193.33**

**Fill in this information to identify the case:**

Debtor name  **Viridos, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **25-10697 (CTG)**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Premium (Annual)-Recurring Fee** | |
| State the term remaining — **22** | |
| List the contract number of any government contract | **Asana Inc.**<br>**633 Folsom St**<br>**San Francisco, CA 94107** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Asset Licenses** | |
| State the term remaining — **135** | |
| List the contract number of any government contract | **Asset Panda**<br>**PO Box 679157**<br>**Dallas, TX 75267-9157** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Full Service Contract - Evaporators** | |
| State the term remaining — **261** | |
| List the contract number of any government contract | **ATG Service**<br>**179 Cross Road**<br>**Waterford, CT 06385** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Service agreement for the Astrios Cell Sorter** | |
| State the term remaining — **261** | |
| List the contract number of any government contract | **Beckman Coulter Life Sciences**<br>**5350 Lakeview Pkwy S Drive**<br>**Indianapolis, IN 46268** |

| Debtor 1 | **Viridos, Inc.** | | Case number *(if known)* | 25-10697 (CTG) |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Dropbox Enterprise Plus** | |
|---|---|---|---|
| | State the term remaining | **199** | |
| | List the contract number of any government contract | | **Box, Inc.**<br>**900 Jefferson Ave**<br>**Redwood City, CA 94063** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Wasabi Reversed Cap CLD STOR** | |
|---|---|---|---|
| | State the term remaining | **158** | |
| | List the contract number of any government contract | | **CDW Direct, LLC**<br>**200 N. Milwaukee Ave**<br>**Vernon Hills, IL 60061** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **DbVis Software** | |
|---|---|---|---|
| | State the term remaining | **129** | |
| | List the contract number of any government contract | | **Cleverbridge, Inc.**<br>**350 N Clark**<br>**Suite 700**<br>**Chicago, IL 60654** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Annual System(s) Maintenance Renewal - Web Hosted-RT10 Patent System** | |
|---|---|---|---|
| | State the term remaining | **261** | |
| | List the contract number of any government contract | | **Computer Packages Inc.**<br>**11 N. Washington St.**<br>**Suite 300**<br>**Rockville, MD 20850** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Screenconnect Software 1yr license** | |
|---|---|---|---|
| | State the term remaining | **88** | |
| | List the contract number of any government contract | | **ConnectWise LLC**<br>**400 N Tampa St**<br>**Suite 130**<br>**Tampa, FL 33602** |

| Debtor 1 | **Viridos, Inc.** | | | Case number *(if known)* | 25-10697 (CTG) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Copyright License** | |
|---|---|---|---|
| | State the term remaining | **170** | **Copyright Clearance Center**<br>**222 Rosewood Drive**<br>**Danvers, MA 01923** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **AWS Enterprise** | |
|---|---|---|---|
| | State the term remaining | **351** | **Core Information, LLC**<br>**246 Goose Lane**<br>**Guilford, CT 06437** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Docker Team Plan** | |
|---|---|---|---|
| | State the term remaining | **292** | **Docker, Inc.**<br>**3790 El Camino Real # 1052**<br>**Palo Alto, CA 94306** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **SOFTWARE Meraki MR Enterprise Cloud Controller License, 1 Year** | |
|---|---|---|---|
| | State the term remaining | **321** | **EVOTEK, INC.**<br>**462 Stevens Avenue**<br>**Suite 308**<br>**Solana Beach, CA 92075** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Door & Camera License, 1 Year** | |
|---|---|---|---|
| | State the term remaining | **136** | **EVOTEK, INC.**<br>**462 Stevens Avenue**<br>**Suite 308**<br>**Solana Beach, CA 92075** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Viridos, Inc.** | | | Case number *(if known)* | 25-10697 (CTG) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **EcoStruxure IT Expert Access** | |
|---|---|---|---|
| | State the term remaining | **272** | **EVOTEK, INC.** |
| | List the contract number of any government contract | | **462 Stevens Avenue** **Suite 308** **Solana Beach, CA 92075** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **MERAKI ENTERPRISE LICENSE(S) & SUPPORT** | |
|---|---|---|---|
| | State the term remaining | **321** | **EVOTEK, INC.** |
| | List the contract number of any government contract | | **462 Stevens Avenue** **Suite 308** **Solana Beach, CA 92075** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Premier Success Silver Plan; Universal Directory; Lifecycle Management; API Access Management** | |
|---|---|---|---|
| | State the term remaining | **215** | **EVOTEK, INC.** |
| | List the contract number of any government contract | | **462 Stevens Avenue** **Suite 308** **Solana Beach, CA 92075** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Vmware vSphere Foundation 8** | |
|---|---|---|---|
| | State the term remaining | **197** | **EVOTEK, INC.** |
| | List the contract number of any government contract | | **462 Stevens Avenue** **Suite 308** **Solana Beach, CA 92075** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Advanced Threat Prevention subscription** | |
|---|---|---|---|
| | State the term remaining | **346** | **EVOTEK, INC.** |
| | List the contract number of any government contract | | **462 Stevens Avenue** **Suite 308** **Solana Beach, CA 92075** |

Debtor 1  **Viridos, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)  25-10697 (CTG)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract for Agilent 7890 (G3440)** | |
|---|---|---|---|
| | State the term remaining | **261** | **Full Spectrum Group, LLC 3501 Jamboree Road Suite 100 Newport Beach, CA 92660** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **1 Yr. Service Contract - GERSTEL MPS Robotic / GERSTEL Cooled Stack** | |
|---|---|---|---|
| | State the term remaining | **261** | **Gerstel, Inc. 701 Digital Drive Linthicum Heights, MD 21090** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Github subscription** | |
|---|---|---|---|
| | State the term remaining | **294** | **Github, Inc. 88 Colin P. Kelly Jr. Street San Francisco, CA 94107** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **GraphPad Geneious Software 1yr Renewal** | |
|---|---|---|---|
| | State the term remaining | **273** | **Graphpad Software LLC 225 Franklin St FL 26 Boston, MA 02110** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 11149 N. Torrey Pines Rd. & 939 Directors Place** | |
|---|---|---|---|
| | State the term remaining | | **HCP Life Science REIT, Inc. 4921 Directors Place Suite 200 San Diego, CA 92121** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Viridos, Inc.** | | | Case number *(if known)* | 25-10697 (CTG) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Greenhouse lease** | |
|---|---|---|---|
| | State the term remaining | | **Health Peak Properties, Inc.** <br> **1920 Main Street** <br> **Suite 1200** <br> **Irvine, CA 92614** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Preventative Maintenance Agreement** | |
|---|---|---|---|
| | State the term remaining | **261** | **Jackson and Blanc** <br> **7929 Arjons Drive** <br> **San Diego, CA 92126** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **DataSpell annual subscription** | |
|---|---|---|---|
| | State the term remaining | **242** | **JetBrains** <br> **Kavcí Hory Office Park** <br> **Na Hrebenech II 1718/8** <br> **Praha 4 - Nusle, 140 00** <br> **Czech Republic** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **KnowBe4 Security Awareness Training Subscription Gold** | |
|---|---|---|---|
| | State the term remaining | **245** | **KnowBe4** <br> **33 N Garden Avenue** <br> **Suite 1200** <br> **Clearwater, FL 33755** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **MetaViwer Subscription Renewal** | |
|---|---|---|---|
| | State the term remaining | **138** | **Metafile Information Systems** <br> **3428 Lakeridge Place NW** <br> **Rochester, MN 55901** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Viridos, Inc.** | | Case number *(if known)* | 25-10697 (CTG) |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Mimecast Perimeter Defense Plan** | |
| | State the term remaining | **225** | **Mimecast North America, Inc.** |
| | List the contract number of any government contract | | **191 Spring Street** **Lexington, MA 02421** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Adobe Acrobat Pro 6** | |
| | State the term remaining | **146** | **PC Connection Sales Corporation** |
| | List the contract number of any government contract | | **730 Milford Road** **Merrimack, NH 03054** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **SendPro C200 postage machine lease** | |
| | State the term remaining | **685** | **Pitney Bowes Global Financial Svcs, LLC** |
| | List the contract number of any government contract | | **PO Box 371887** **Pittsburgh, PA 15250** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **PCT-Enhanced** | |
| | State the term remaining | **239** | **Posit Software, PBC f/k/a Rstudio, PBC** **250 Northern Avenue** |
| | List the contract number of any government contract | | **Suite 410** **Boston, MA 02210** |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **QuickTrials Subscription 2025** | |
| | State the term remaining | **261** | **Reasonanz Group** **Wachlenstrasse 5** |
| | List the contract number of any government contract | | **8832 Wollerau** **Switzerland** |

Debtor 1  **Viridos, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)  25-10697 (CTG)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **RSI Software w/ maintenance** | |
| | State the term remaining | **1573** | **Revolution Office**<br> **9043 Lurline Ave**<br>**Chatsworth, CA 91311** |
| | List the contract number of any government contract | | |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft Dynamics GP Annual Enhancement Plan Renewal** | |
| | State the term remaining | **168** | **RSM US Product Sales LLC**<br>**US Headquarters**<br>**Chicago, IL 60606** |
| | List the contract number of any government contract | | |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Tableau Cloud** | |
| | State the term remaining | **240** | **Salesforce, Inc.**<br>**Salesforce Tower**<br>**415 Mission Street**<br>**3rd Floor**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Scalematrix Data center 1yr renewal** | |
| | State the term remaining | **141** | **ScaleMatrix Hosting, Inc.**<br>**5775 Kearny Villa Road**<br>**San Diego, CA 92123** |
| | List the contract number of any government contract | | |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Scalematrix Megaports 1yr renewal** | |
| | State the term remaining | **240** | **ScaleMatrix Hosting, Inc.**<br>**5775 Kearny Villa Road**<br>**San Diego, CA 92123** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Viridos, Inc.** | Case number (*if known*) | 25-10697 (CTG) |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Extended Warranty Plus on TOC-L Systems** | |
|---|---|---|---|
| | State the term remaining | **289** | **Shimadzu Scientific Instruments, Inc.** |
| | List the contract number of any government contract | | **1930 Palomar Point Way** |
| | | | **Suite 107** |
| | | | **Carlsbad, CA 92008** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **(2) IMC 4500 Finisher office copiers** | |
|---|---|---|---|
| | State the term remaining | **1662** | **US Bank Equipment Finance** |
| | List the contract number of any government contract | | **1310 Madrid St** |
| | | | **Suite 100** |
| | | | **Marshall, MN 56258** |

**Fill in this information to identify the case:**

Debtor name __Viridos, Inc.__

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) __25-10697 (CTG)__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Viridos, Inc._____

United States Bankruptcy Court for the: _____ District of ___Delaware___
                                                                                    (State)

Case number (*If known*): ___25-10697 (CTG)_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____              ✘ _*/s/ Eric Moellering*_____
                MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        Eric Moellering_____
                                        Printed name

                                        Co-Chief Executive Officer of Viridos, Inc._____
                                        Position or relationship to debtor